**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | : : : | **IN RE: NATIONAL PRESCRIPTION OPIATE** |
| Plaintiffs, | : : | **LITIGATION** |
| v. | : : | MDL No. 2804 |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | : : : | Civil Action No. 1:18-op-46046 |
| Defendants. | : : | Judge Dan Aaron Polster |

**RULE 7.1 DISCLOSURE STATEMENT OF
SAINT ELIZABETH MEDICAL CENTER,
INC. d/b/a ST. ELIZABETH HEALTHCARE**

Comes now the Plaintiff, Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth

Healthcare ("St. Elizabeth"), by counsel, and makes the following disclosures pursuant to Rule 7.1

of the Federal Rules of Civil Procedure:

1.      St. Elizabeth does not have any parent corporation; and

2.      No publicly held corporation owns 10% or more of St. Elizabeth's stock.

Respectfully Submitted,

**DRESSMAN BENZINGER LAVELLE**
Attorneys for Plaintiffs

By:      */s/ Richard G. Meyer*
        Richard G. Meyer
        Matthew Klein
        Mark D. Guilfoyle
        207 Thomas More Parkway
        Crestview Hills, KY 41017
        Ph:     (859) 341-1881
        rmeyer@dbllaw.com
        mklein@dbllaw.com
        mguilfoyle@dbllaw.com

**BARRETT LAW GROUP, P.A.**
Attorneys for Plaintiffs

*/s/ Don Barrett*
John W. (Don) Barrett
David McMullan, Jr.
Richard Barrett
Sterling Starns
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
sstarns@barrettlawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing disclosure statement was filed on this 5th day of October, 2018, using the Court's CM/ECF System which will in turn cause electronic service on all counsel of record registered for such service.

*/s/ Richard G. Meyer*
Richard G. Meyer

754167v1

2