## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | : | **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | MDL No. 2804 |
| | : | |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | : | Civil Action No. 1:18-op-46046 |
| | : | Judge Dan Aaron Polster |
| Defendants. | : | |

### RULE 7.1 DISCLOSURE STATEMENT
### OF ST. CLAIRE MEDICAL CENTER, INC.
### d/b/a ST. CLAIRE REGIONAL MEDICAL CENTER

Comes now the Plaintiff, St. Claire Medical Center, Inc. d/b/a St. Claire Regional Medical

Center ("St. Claire"), by counsel, and makes the following disclosures pursuant to Rule 7.1 of the

Federal Rules of Civil Procedure:

1.      St. Claire does not have any parent corporation; and

2.      No publicly held corporation owns 10% or more of St. Claire's stock.

Respectfully Submitted,

**DRESSMAN BENZINGER LAVELLE**
Attorneys for Plaintiffs

By:      */s/ Richard G. Meyer*
Richard G. Meyer
Matthew Klein
Mark D. Guilfoyle
207 Thomas More Parkway
Crestview Hills, KY 41017
Ph:      (859) 341-1881
rmeyer@dbllaw.com
mklein@dbllaw.com
mguilfoyle@dbllaw.com

**BARRETT LAW GROUP, P.A.**
Attorneys for Plaintiffs

*/s/ Don Barrett*
John W. (Don) Barrett
David McMullan, Jr.
Richard Barrett
Sterling Starns
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
sstarns@barrettlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing disclosure statement was filed on this 5th day of October, 2018, using the Court's CM/ECF System which will in turn cause electronic service on all counsel of record registered for such service.

*/s/ Richard G. Meyer*
Richard G. Meyer

754168v1

2