**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | : | **IN RE: NATIONAL** |
| | : | **PRESCRIPTION OPIATE** |
| Plaintiffs, | : | **LITIGATION** |
| | : | |
| v. | : | MDL No. 2804 |
| | : | |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | : | Civil Action No. 1:18-op-46046 |
| | : | |
| | : | Judge Dan Aaron Polster |
| Defendants. | : | |

**RULE 7.1 DISCLOSURE STATEMENT
OF HIGHLANDS HOSPITAL CORPORATION
d/b/a HIGHLANDS REGIONAL MEDICAL CENTER**

Comes now the Plaintiff, Highlands Hospital Corporation d/b/a Highlands Regional Medical Center ("Highlands"), by counsel, and makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.      Highlands does not have any parent corporation; and

2.      No publicly held corporation owns 10% or more of Highlands' stock.

Respectfully Submitted,

**DRESSMAN BENZINGER LAVELLE**
Attorneys for Plaintiffs

By:      */s/ Richard G. Meyer*
　　　　Richard G. Meyer
　　　　Matthew Klein
　　　　Mark D. Guilfoyle
　　　　207 Thomas More Parkway
　　　　Crestview Hills, KY 41017
　　　　Ph:      (859) 341-1881
　　　　rmeyer@dbllaw.com
　　　　mklein@dbllaw.com
　　　　mguilfoyle@dbllaw.com

**BARRETT LAW GROUP, P.A.**
Attorneys for Plaintiffs

*/s/ Don Barrett*
John W. (Don) Barrett
David McMullan, Jr.
Richard Barrett
Sterling Starns
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
sstarns@barrettlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing disclosure statement was filed on this 5th day of October, 2018, using the Court's CM/ECF System which will in turn cause electronic service on all counsel of record registered for such service.

*/s/ Richard G. Meyer*
Richard G. Meyer

754169v1

2