UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF OHIO EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *This document relates to:* | Case No. 1:17-md-2804 |
| No. 1:18-op-46046 | JUDGE DAN AARON POLSTER |

**NOTICE OF PRIOR SETTLEMENT AND**
**DISMISSAL OF SETTLING DISTRIBUTOR DEFENDANTS**

For clarity and completeness of the docket in the above-captioned case, Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation (n/k/a Cencora, Inc.) (collectively, and together with their Released Entities, the "Settling Distributor Defendants"[1]) hereby give notice that the above-captioned action was dismissed with prejudice as to the Settling Distributor Defendants as a result of the Distributor Class Action Settlement Agreement with Acute Care Hospitals now dated September 26, 2024 (the "Distributor Settlement Agreement"), which is binding on the Dismissing Plaintiffs[2] and the Settling Distributor Defendants, and which has an Effective Date of April 4, 2025.

The dismissals were effectuated by an order signed by Judge Polster granting the Distributor Defendants' Motion to Dismiss pursuant to the Distributor Settlement Agreement dated April 9, 2025 (the "Order"). *See* MDL No. 2804 ECF No. 6068. The Order was only filed on the MDL master docket, and not on the individual dockets for the cases dismissed pursuant to

---

[1] The Distributor Released Entities are each and every entity of any of the Distributor Defendants that is a "Released Entity" as set forth in Section I.NN of the Distributor Settlement Agreement, dated as of September 26, 2024. *See* MDL No. 2804 ECF No. 6065-2.

[2] The Dismissing Plaintiffs are the plaintiffs set forth in Appendix A hereto.

the Order.  As such, solely for the purpose of clarity and completeness, the Settling Distributor Defendants hereby give notice that the claims of the Dismissing Plaintiffs against the Settling Distributor Defendants set forth in Appendix A are dismissed with prejudice pursuant to prior settlement as memorialized in the Order.

For each such case, Appendix A provides the following information:

- Plaintiff Name;

- Plaintiff State;

- Case Caption;

- Docket Number;

- List of Dismissed Settling Distributors (i.e., Settling Distributors and any of their Released Entities that were named as defendants).

Dated: September 17, 2025

Respectfully submitted,

**AMERISOURCEBERGEN CORPORATION (N/K/A CENCORA, INC.)**

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Joseph J. Mahady
Anne Rollins Bohnet
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
rnicholas@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com
*Counsel for AmerisourceBergen Corporation (n/k/a Cencora, Inc.)*

**CARDINAL HEALTH, INC.**

*/s/ Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
(202) 434-5000 / tel.
(202) 434-5029/ fax
emainigi@wc.com
*Counsel for Defendant Cardinal Health, Inc.*


**MCKESSON CORPORATION**

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Timothy C. Hester
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
ghobart@cov.com
thester@cov.com
Telephone: 202-662-6000
*Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by,

and may be obtained through, the Court CM/ECF system.

*/s/ Robert A. Nicholas*
Robert A. Nicholas