# <u>Appendix A</u>

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Alabama | Marion Regional Medical Center, Inc. d/b/a North Mississippi Medical Center-Hamilton (AL) | North Mississippi Medical Center (MS), et al. v. McKesson Corporation, et al. | 1:18-op-45936-DAP | Cardinal Health Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |
| Alabama | Infirmary Health Hospitals, Inc. | Southwest Mississippi Regional Medical Center (MS), et al. v. ABDC, et al. | 1:17-op-45175-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC ; H.D. Smith Wholesale Drug Co.; McKesson Corporation |
| Alabama | Monroe County Healthcare Authority d/b/a Monroe County Hospital (AL) | Southwest Mississippi Regional Medical Center (MS), et al. v. ABDC, et al. | 1:17-op-45175-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC ; H.D. Smith Wholesale Drug Co.; McKesson Corporation |
| Arizona | Bullhead City Hospital Corporation d/b/a Western Arizona Regional Medical Center | Kingman Hospital, Inc. (AZ), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45100-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. SMITH, LLC d/b/a HD SMITH f/k/a H.D. SMITH WHOLESALE DRUG CO. ;Xcenda LLC ; McKesson Corporation |
| Arizona | Carondelet St. Joseph's Hospital d/b/a St. Joseph's Hospital & Medical Center | Kingman Hospital, Inc. (AZ), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45100-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. SMITH, LLC d/b/a HD SMITH f/k/a H.D. SMITH WHOLESALE DRUG CO. ;Xcenda LLC ; McKesson Corporation |
| Arizona | Holy Cross Hospital, Inc. | Kingman Hospital, Inc. (AZ), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45100-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. SMITH, LLC d/b/a HD SMITH f/k/a H.D. SMITH WHOLESALE DRUG CO. ;Xcenda LLC ; McKesson Corporation |
| Arizona | Hospital Development of West Phoenix, Inc. d/b/a Abrazo West Campus | Kingman Hospital, Inc. (AZ), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45100-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. SMITH, LLC d/b/a HD SMITH f/k/a H.D. SMITH WHOLESALE DRUG CO. ;Xcenda LLC ; McKesson Corporation |
| Arizona | Kingman Hospital, Inc. d/b/a Kingman Regional Medical Center | Kingman Hospital, Inc. (AZ), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45100-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. SMITH, LLC d/b/a HD SMITH f/k/a H.D. SMITH WHOLESALE DRUG CO. ;Xcenda LLC ; McKesson Corporation |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Arizona | Northwest Hospital, LLC d/b/a Northwest Medical Center | Kingman Hospital, Inc. (AZ), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45100-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. SMITH, LLC d/b/a HD SMITH f/k/a H.D. SMITH WHOLESALE DRUG CO. ;Xcenda LLC ; McKesson Corporation |
| Arizona | Oro Valley Hospital, LLC | Kingman Hospital, Inc. (AZ), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45100-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. SMITH, LLC d/b/a HD SMITH f/k/a H.D. SMITH WHOLESALE DRUG CO. ;Xcenda LLC ; McKesson Corporation |
| Arizona | St. Mary's Hospital of Tucson | Kingman Hospital, Inc. (AZ), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45100-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. SMITH, LLC d/b/a HD SMITH f/k/a H.D. SMITH WHOLESALE DRUG CO. ;Xcenda LLC ; McKesson Corporation |
| Arizona | VHS Acquisition Subsidiary Number 1, Inc. d/b/a Abrazo Scottsdale Campus | Kingman Hospital, Inc. (AZ), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45100-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. SMITH, LLC d/b/a HD SMITH f/k/a H.D. SMITH WHOLESALE DRUG CO. ;Xcenda LLC ; McKesson Corporation |
| Arizona | VHS of Arrowhead, Inc. d/b/a Abrazo Arizona Heart Hospital, Abrazo Central Campus, Abrazo Arrowhead Campus | Kingman Hospital, Inc. (AZ), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45100-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. SMITH, LLC d/b/a HD SMITH f/k/a H.D. SMITH WHOLESALE DRUG CO. ;Xcenda LLC ; McKesson Corporation |
| Arizona | Yuma Regional Medical Center | Kingman Hospital, Inc. (AZ), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45100-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. SMITH, LLC d/b/a HD SMITH f/k/a H.D. SMITH WHOLESALE DRUG CO. ;Xcenda LLC ; McKesson Corporation |
| Arizona | Tucson Medical Center | Tucson Medical Center (AZ) v. Teva Pharmaceuticals USA, Inc., et al. | 1:22-op-45008-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation |
| Arkansas | Drew Memorial Hospital (AR) | Drew Memorial Hospital (AR) v. Purdue Pharma L.P., et al. | 1:18-op-45144-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Florida | Baptist Hospital Inc. (FL) d/b/a Baptist Hospital (Pensacola) and Gulf Breeze Hospital | Baptist Hospital et al. (FL) v. McKesson, et al. | 1:18-op-45073-DAP | Cardinal Health, Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Florida | Jay Hospital Inc. (FL) d/b/a Jay Hospital | Baptist Hospital et al. (FL) v. McKesson, et al. | 1:18-op-45073-DAP | Cardinal Health, Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |
| Florida | Lee Health d/b/a Lee Memorial Hospital, HealthPark Medical Center, Gulf Coast Medical Center and Cape Coral Hospital, Golisano Children's Hospital of Southwest Florida, The Rehabilitation Hospital | Lee Memorial Health System, d/b/a Lee Health (FL) v. Actavis LLC, et al. | 1:21-op-45092-DAP | Cardinal Health, Inc. ; AmerisourceBergen Corporation ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Florida | Sarasota County Public Hospital District d/b/a Sarasota Memorial Healthcare System | Sarasota Cty. Pub. Hosp. Dist. d/b/a Sarasota Mem. Healthcare Sys. v. Purdue Pharma L.P., et al. | 1:18-op-46136-DAP | Cardinal Health Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |
| Florida | West Boca Medical Center Inc. d/b/a West Boca Medical Center | West Boca Medical Center (FL) v. ABDC, et al. | 1:18-op-45530-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Georgia | St. Joseph's/Candler Health System, Inc. d/b/a St. Joseph's Hospital and Candler Hospital | St. Joseph's/Candler Health System, Inc. (GA) v. ABDC, et al. | 1:20-op-45241-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Georgia | Taylor Regional Hospital, Inc. | Taylor Regional Hospital, Inc. (GA), v. AmerisourceBergen Drug Corp., et al. | 1:18-op-46360-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Illinois | Loretto Hospital of Chicago | Loretto Hospital of Chicago (IL) v. Purdue Pharma L.P., et al. | 1:19-op-45455-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. ; McKesson Corporation |
| Kentucky | ARH Tug Valley Health Services, Inc. d/b/a Highlands Hospital Corporation | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Kentucky | Baptist Health Madisonville, Inc. d/b/a Baptist Health Madisonville | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Kentucky | Baptist Healthcare Systems, Inc. (KY) d/b/a Baptist Health Corbin, La Grange, Lexington, Louisville, Paducah, Richmond, and Floyd | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Kentucky | Bowling Green-Warren County Community Hospital Corporation d/b/a The Medical Center at Bowling Green, the Medical Center at Caverna and the Medical Center at Scottsville | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Kentucky | Grayson County Hospital Foundation, Inc. d/b/a Twin Lakes Regional Medical Center | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Kentucky | Pikeville Medical Center, Inc. | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Kentucky | St. Claire Medical Center, Inc. d/b/a St. Claire Regional Medical Center | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Kentucky | The Harrison Memorial Hospital, Inc. | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Kentucky | The Medical Center At Clinton County, Inc. d/b/a The Medical Center at Albany | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Kentucky | The Medical Center at Franklin, Inc. | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Kentucky | Baptist Health Madisonville, Inc. d/b/a Baptist Health Madisonville | Baptist Healthcare System, Inc. (KY), et al. v. ABDC, et al. | 1:18-op-46058-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) ; McKesson Corporation |
| Kentucky | Baptist Health Richmond, Inc. d/b/a Baptist Health Richmond | Baptist Healthcare System, Inc. (KY), et al. v. ABDC, et al. | 1:18-op-46058-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) ; McKesson Corporation |

4

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Kentucky | Baptist Healthcare System, Inc. d/b/a Baptist Health Corbin, Baptist Health La Grange, Baptist Health Lexington, Baptist Health Louisville, Baptist Health Paducah, and Baptist Health Floyd | Baptist Healthcare System, Inc. (KY), et al. v. ABDC, et al. | 1:18-op-46058-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) ; McKesson Corporation |
| Kentucky | Bowling Green Warren County Community Hospital Corporation d/b/a The Medical Center at Bowling Green, The Medical Center at Caverna, and The Medical Center at Scottsville | Baptist Healthcare System, Inc. (KY), et al. v. ABDC, et al. | 1:18-op-46058-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) ; McKesson Corporation |
| Kentucky | The Medical Center At Clinton County, Inc. (KY) d/b/a The Medical Center at Albany | Baptist Healthcare System, Inc. (KY), et al. v. ABDC, et al. | 1:18-op-46058-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) ; McKesson Corporation |
| Kentucky | The Medical Center at Franklin, Inc. (KY) d/b/a The Medical Center At Franklin | Baptist Healthcare System, Inc. (KY), et al. v. ABDC, et al. | 1:18-op-46058-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) ; McKesson Corporation |
| Kentucky | Flaget Healthcare, Inc. d/b/a Flaget Memorial Hospital (KY) | Paintsville Hospital Company, LLC (KY), et al. v. Amneal Pharmaceuticals, LLC, et al. | 1:20-op-45293-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| Kentucky | Hardin Memorial Hospital | Paintsville Hospital Company, LLC (KY), et al. v. Amneal Pharmaceuticals, LLC, et al. | 1:20-op-45293-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| Kentucky | Hospital of Louisa, Inc. d/b/a Three Rivers Medical Center (KY) | Paintsville Hospital Company, LLC (KY), et al. v. Amneal Pharmaceuticals, LLC, et al. | 1:20-op-45293-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| Kentucky | Jackson Hospital Corporation d/b/a Kentucky River Medical Center (KY) | Paintsville Hospital Company, LLC (KY), et al. v. Amneal Pharmaceuticals, LLC, et al. | 1:20-op-45293-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| Kentucky | Jennie Stuart Medical Center, Inc. d/b/a Jennie Stuart Medical Center | Paintsville Hospital Company, LLC (KY), et al. v. Amneal Pharmaceuticals, LLC, et al. | 1:20-op-45293-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Kentucky | Paintsville Hospital Company, LLC d/b/a Paul B. Hall Regional Medical Center (KY) | Paintsville Hospital Company, LLC (KY), et al. v. Amneal Pharmaceuticals, LLC, et al. | 1:20-op-45293-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| Kentucky | Saint Joseph Health System, Inc.d/b/a CHI Saint Joseph Health – Saint Joseph Hospital, CHI Saint Joseph Health – Saint Joseph Berea, CHI Saint Joseph Health – Saint Joseph East, CHI Saint Joseph Health – Saint Joseph London, and CHI Saint Joseph Health – Saint Joseph Mount Sterling | Paintsville Hospital Company, LLC (KY), et al. v. Amneal Pharmaceuticals, LLC, et al. | 1:20-op-45293-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| Kentucky | T.J. Samson Community Hospital | Paintsville Hospital Company, LLC (KY), et al. v. Amneal Pharmaceuticals, LLC, et al. | 1:20-op-45293-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| Kentucky | Highlands Hospital Corporation d/b/a Highlands Regional Medical Center (KY) | St. Elizabeth Medical Center (KY), et al. v. AmerisourceBergen Drug Corporation Drug Corp., et al. | 1:18-op-46046-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC; McKesson Corporation |
| Kentucky | Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare (KY) | St. Elizabeth Medical Center (KY), et al. v. AmerisourceBergen Drug Corporation Drug Corp., et al. | 1:18-op-46046-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC; McKesson Corporation |
| Kentucky | St. Claire Medical Center, Inc. d/b/a St. Claire Regional Medical Center (KY) | St. Elizabeth Medical Center (KY), et al. v. AmerisourceBergen Drug Corporation Drug Corp., et al. | 1:18-op-46046-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC; McKesson Corporation |
| Louisiana | CLHG-Ruston, LLC | Clhg-Ruston, LLC v. ABDC, et al. | 1:21-op-45040-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Mississippi | Alliance Healthcare System | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Anderson Regional Health System | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Mississippi | Biloxi HMA, LLCd/b/a Merit Health Biloxi | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Brandon HMA, LLC d/b/a Merit Health Rankin | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Delta Regional Medical Center | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Jackson HMA, LLC d/b/a Merit Health Central | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Madison HMA, LLC d/b/a Merit Health Madison | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Magnolia Regional Health Center | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Memorial Hospital at Gulfport | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Natchez Hospital Company, LLC d/b/a Merit Health Natchez | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | North Sunflower Medical Center | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Mississippi | Progressive Medical Management of Batesville d/b/a Panola Medical Center | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | River Oaks Hospital, LLC d/b/a Merit Health River Oaks | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | ROH, LLC d/b/a Merit Health Woman's Hospital | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Singing River Health System d/b/a Singing River Hospital and Ocean Springs Hospital | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Tippah County Hospital | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Vicksburg Healthcare, LLC d/b/a Merit Health River Region and Merit Health River Region West | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Wesley Health System, LLC d/b/a Merit Health Wesley | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Mississippi | Clay County Medical Corporation d/b/a Mississippi Medical Center-West Point (MS) | North Mississippi Medical Center (MS), et al. v. McKesson Corporation, et al. | 1:18-op-45936-DAP | Cardinal Health Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |
| Mississippi | North Mississippi Medical Center, Inc. d/b/a North Mississippi Medical Center in Tupelo (NMMC-Tupelo) (MS) | North Mississippi Medical Center (MS), et al. v. McKesson Corporation, et al. | 1:18-op-45936-DAP | Cardinal Health Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |
| Mississippi | Pontotoc Health Services, Inc. d/b/a North Mississippi Medical Center - Pontotoc (MS) | North Mississippi Medical Center (MS), et al. v. McKesson Corporation, et al. | 1:18-op-45936-DAP | Cardinal Health Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Mississippi | Tishomingo Health Services d/b/a North Mississippi Medical Center-Iuka (MS) | North Mississippi Medical Center (MS), et al. v. McKesson Corporation, et al. | 1:18-op-45936-DAP | Cardinal Health Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |
| Mississippi | Webster Health Services, Inc. d/b/a North Mississippi Medical Center-Eupora (MS) | North Mississippi Medical Center (MS), et al. v. McKesson Corporation, et al. | 1:18-op-45936-DAP | Cardinal Health Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |
| Mississippi | Greenwood Leflore Hospital | Greenwood Leflore Hospital v. McKesson Corp. et al. | 1:18-op-45551-DAP | AmerisourceBergen Corporation ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Mississippi | Southwest Mississippi Regional Medical Center | Southwest Mississippi Regional Medical Center (MS), et al. v. ABDC, et al. | 1:17-op-45175-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC ; H.D. Smith Wholesale Drug Co.; McKesson Corporation |
| Mississippi | Pearl River County Hospital d/b/a Pearl River County Hospital & Nursing Home (PRCHNH) | Pearl River County Hospital (MS) v. McKesson Corporation, et al. | 1:19-op-45659-DAP | Cardinal Health, Inc. ; AmerisourceBergen Corporation ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Mississippi | Rush Health Systems, Inc. | Rush Health Systems (MS), Inc. v. McKesson Corporation, et al. | 1:18-op-45034-DAP | Cardinal Health Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |
| Mississippi | Sharkey-Issaquena Community Hospital | Sharkey-Issaquena Community Hospital (MS) v. McKesson Corporation, et al. | 1:18-op-45765-DAP | Cardinal Health, Inc. ; AmerisourceBergen Corporation ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Mississippi | South Central Regional Medical Center | South Central Regional Medical Center (MS) v. McKesson Corporation, et al. | 1:18-op-45763-DAP | Cardinal Health, Inc. ; AmerisourceBergen Corporation ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Mississippi | Winston Medical Center | Winston Medical Center (MS) v. Purdue Pharma, L.P., et al. | 1:18-op-45193-DAP | Cardinal Health Inc. ; Amerisource Bergen Corporation ; McKesson Corporation |
| New Mexico | Lovelace Health System, Inc. d/b/a Lovelace Medical Center, Lovelace Women's Hospital, Lovelace Westside Hospital | Lovelace Health System, Inc. (NM) v. Purdue Pharma L.P., et al. | 1:19-op-45458-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC; McKesson Corporation |
| New York | Erie County Medical Center Corporation | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| New York | Catholic Health System, Inc. | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| New York | Ellis Hospital Foundation, Inc. d/b/a Bellevue Women's Center and Ellis Hospital | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| New York | Kaleida Health d/b/a Buffalo General Medical Center, DeGraff Medical Park (previously DeGraff Memorial Hospital), Millard Fillmore Suburban Hospital, Oishei Children's Hospital | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| New York | Kenmore Mercy Hospital (NY) | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| New York | Mercy Hospital of Buffalo (NY) | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| New York | Mount St. Mary's Hospital of Niagara Falls (NY) | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| New York | Niagara Falls Memorial Medical Center | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| New York | Olean General Hospital (NY) | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| New York | Sisters of Charity Hospital of Buffalo, New York | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| New York | St. Luke's Cornwall Hospital d/b/a St. Lukes Cornwall in Newburgh, St. Luke's Cornwall in Cornwall | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co. |
| New York | Flushing Hospital Medical Center | Flushing Hospital Medical Center (NY) v. McKesson Corporation, et al. | 1:19-op-45866-DAP | Cardinal Health, Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |
| New York | Jamaica Hospital Medical Center | Jamaica Hospital Medical Center v. McKesson Corporation, et al. | 1:19-op-45855-DAP | Cardinal Health, Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |
| New York | St. John's Riverside Hospital (NY) | St. John's Riverside Hospital (NY) v. McKesson Corporation, et al. | 1:21-op-45063-DAP | Cardinal Health Inc. ; AmerisourceBergen Corporation ; McKesson Corporation |
| Ohio | St. Vincent Charity Medical Center | Southwest Mississippi Regional Medical Center (MS), et al. v. ABDC, et al. | 1:17-op-45175-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC ; H.D. Smith Wholesale Drug Co.; McKesson Corporation |
| Ohio | Allegiance Health Center of Ruston, LLC d/b/a Freedom Behavioral Hospital of Monroe | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Allegiance Hospital of Many, LLC d/b/a Sabine Medical Center | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Allegiance Specialty Hospital of Greenville, LLC | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Bienville Medical Center, Inc. | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | CLHG-Acadian, LLC d/b/a Acadian Medical Center | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | CLHG- Avoyelles, LLC d/b/a Avoyelles Hospital | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | CLHG-Dequincy, LLC d/b/a Dequincy Memorial Hospital | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | CLHG-Leesville, LLC d/b/a Byrd Regional Hospital | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Ohio | CLHG-Minden, LLC d/b/a Minden Medical Center | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | CLHG-Oakdale, LLC d/b/a Oakdale Community Hospital | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | CLHG-Ville Platte, LLC d/b/a Mercy Regional Medical Center | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | CLHG-Winn, LLC d/b/a Winn Parish Medical Center | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Freedom Behavioral Hospital of Magnolia | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Thomas W. Waldrep Jr., Chapter 7 Trustee for CAH Acquisition Company 6, LLC d/b/a Horton Community Hospital | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Thomas W. Waldrep Jr., Trustee of the Litigation Trust of CAH Acquisition Company d/b/a Washington County Hospital | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Thomas W. Waldrep Jr., Trustee of the Litigation Trust of CAH Acquisition Company d/b/a Oswego Community Hospital | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Thomas W. Waldrep Jr., Trustee of the Litigation Trust of CAH Acquisition Company | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Thomas W. Waldrep Jr., Trustee of the Litigation Trust of CAH Acquisition Company d/b/a I70 Community Hospital | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Thomas W. Waldrep Jr., Trustee of the Litigation Trust of CAH Acquisition Company d/b/a Prague Community Hospital | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Thomas W. Waldrep Jr., Trustee of the Litigation Trust of CAH Acquisition Company d/b/a Fairfax Community Hospital | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Thomas W. Waldrep Jr., Trustee of the Litigation Trust of CAH Acquisition Company d/b/a Haskell County Community Hospital | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Ohio | Allegiance Behavioral Health Center of Plainview, L.L.C. d/b/a Freedom Behavioral Hospital of Plainview | Allegiance Specialty Hospital of Greenville, LLC et al. v. Abbvie, Inc., et al. | 1:24-op-45006-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Appalachian Regional Healthcare, Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Braxton County Memorial Hospital, Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Broaddus Hospital Association | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Camden-Clark Memorial Hospital Corporation | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Charleston Area Medical Center, Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Charleston Hospital, Inc. d/b/a Saint Francis Hospital | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | City Hospital, Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Community Health Association d/b/a Jackson General Hospital | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Davis Memorial Hospital | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Grafton City Hospital, Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Grant Memorial Hospital | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Ohio | Herbert J. Thomas Memorial Hospital Association | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Monongalia County General Hospital Company | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Potomac Valley Hospital of W. VA., inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Preston Memorial Hospital Corporation | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Princeton Community Hospital Association, Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Reynolds Memorial Hospital Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | St. Joseph's Hospital of Buckhannon, Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Stonewall Jackson Memorial Hospital Company | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | The Charles Town General Hospital | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | The West Virginia Health Care Cooperative, Inc. d/b/a Summersville Regional Medical Center | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | United Hospital Center, Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Webster Memorial Hospital | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Ohio | Weirton Medical Center, Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | West Virginia University Hospitals Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Wetzel County Hospital Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | Wheeling Hospital, Inc. | West Virginia University Hospitals Inc., et al. v. Abbvie. Inc., et al. | 1:24-op-45005-DAP | Cardinal Health, Inc. ; Cencora, Inc. ; Xcenda LLC ; McKesson Corporation |
| Ohio | St. Vincent Charity Medical Center d/b/a Rosary Hall | Rosary Hall (OH), et al. v. Amerisourcebergen Drug Corporation, et al. | 1:18-op-45610-DAP | Cardinal Health Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Puerto Rico | Hospital Menonita Caguas, Inc. | Mennonite (PR), General Hospital, Inc., et al. v. Purdue Pharma L.P., et al. | 1:19-op-45109-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Puerto Rico | Hospital Menonita Guayama, Inc. | Mennonite (PR), General Hospital, Inc., et al. v. Purdue Pharma L.P., et al. | 1:19-op-45109-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Puerto Rico | Mennonite General Hospital, Inc. | Mennonite (PR), General Hospital, Inc., et al. v. Purdue Pharma L.P., et al. | 1:19-op-45109-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| South Carolina | St. Francis Hospital, Inc. | Bon Secours (SC) Health System, Inc., et al. v. Purdue Pharma, LP, et al. | 1:18-op-45821-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| South Carolina | Bon Secours - St. Francis Xavier Hospital, Inc. | Bon Secours (SC) Health System, Inc., et al. v. Purdue Pharma, LP, et al. | 1:18-op-45821-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Tennessee | AMISUB (SFH), Inc. d/b/a Saint Francis Hospital – Memphis | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Tennessee | Campbell County HMA, LLC (TN)d/b/a Tennova Healthcare - LaFollette Medical Center | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee | Clarksville Health System, G.P. d/b/a Tennova Healthcare – Clarksville | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee | Cleveland Tennessee Hospital Company, LLC d/b/a Tennova Healthcare – Cleveland | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee | Cocke County HMA, LLC d/b/a Tennova Healthcare - Newport Medical Center | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee | Hawkins County Memorial Hospital, Inc. f/k/a/Hawkins County Memorial Hospital d/b/a Hawkins County Memorial Hospital | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee | Jefferson County HMA, LLC (TN) d/b/a Tennova Healthcare - Jefferson Memorial Hospital | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee | Lexington Hospital Corporation d/b/a Henderson County Community Hospital | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee | Metro Knoxville HMA, LLC d/b/a Tennova Healthcare - North Knoxville Medical Center, Tennova Healthcare - Turkey Creek Medical Center | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee | Saint Francis Hospital - Bartlett, Inc. f/k/a Tenet Health System Bartlett, Inc. | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Tennessee | Takoma Regional Hospital, Inc. f/k/a Takoma Hospital, Inc. d/b/a Greenville Community Hospital (two campuses) | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee | Johnson City Downtown Day Center | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee | Hancock County Elementary School-Based Health Center | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee | Hancock County Middle/High School Based Health Center | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee, Virginia | Mountain States Health Alliance f/k/a Johnson City Medical Center Hospital, Inc. (TN) d/b/a Johnson City Medical Center, Niswonger Children's Hopsital, Woodridge Hospital, Franklin Woods Community Hospital, Indian Path Community Hospital, Russel County Hospital, Unicoi County Hospital, Sycamore Shoals Hospital, Johnson County Community Hospital | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Tennessee, Virginia | Wellmont Health System f/k/a BRMC/HVHMC, Inc. d/b/a Bristol Regional Medical Center, Hancock County Hospital, Holston Valley Medical Center, Mountain View Regional Medical Center, Lonesome Pine Hospital | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Texas | Gonzales Healthcare Systems | Gonzales (TX) Healthcare Systems v. McKesson Corporation, et al. | 1:18-op-45867-DAP | Cardinal Health, Inc. ; AmerisourceBergen Corporation ; AmerisourceBergen Drug Corporation; McKesson Corporation |
| Virginia | Dickenson Community Hospital | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Virginia | Johnston Memorial Hospital, Inc. d/b/a Johnston Memorial Hospital | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Virginia | Norton Community Hospital | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Virginia | Smyth County Community Hospital | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; H.D. Smith LLC (f/k/a H.D. Smith Wholesale Drug Co.) |
| Virginia | Bon Secours - Memorial Regional Medical Center, Inc. (VA) | Bon Secours (VA), Health System, et al. v. Purdue Pharma, LP, et al. | 1:18-op-45820-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation ; The Harvard Drug Group LLC |
| Virginia | Bon Secours - Richmond Community Hospital, Inc. d/b/a Aylett Medical Center, Bon Secours Behavioral Health Services, Bon Secours Behavioral Health Group, Bon Secours Behavioral Health Group at Memorial Regional, Bon Secours Capitol OB/GYN, Crossridge Pediatrics and Internal Medicine, Hanover County and Bon Secours Good Health Clinic, Hanover Pediatrics, Laburnum Medical Center, Lee Davis Pediatrics, Memorial Medical Center, Memorial Regional Medical Center, and Urbanna Medical Center | Bon Secours (VA), Health System, et al. v. Purdue Pharma, LP, et al. | 1:18-op-45820-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation ; The Harvard Drug Group LLC |
| Virginia | Bon Secours - St. Francis Medical Center, Inc. d/b/a Bermuda Crossroads Primary Care, Blackstone Family Practice Center, Bon Secours FastCare, Bon Secours Freedom Healthcare Associates, Bon Secours Commonwealth Fertility and Women's Health, Bon Secours Neurology Clinic at the Westchester, Bon Secours St. Francis Medical Center, Bon Secours Westchester Emergency Center, Charter Colony Family Practice, Ironbridge Family Practice, Neurology Clinic, Powhatan Medical Associates, Richmond OB/GYN, St. | Bon Secours (VA), Health System, et al. v. Purdue Pharma, LP, et al. | 1:18-op-45820-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation ; The Harvard Drug Group LLC |

| Plaintiff State | Plaintiffs/Entity Names | Case Caption | Docket Number | Distributor Entities to be Dismissed |
|---|---|---|---|---|
| Virginia | Bon Secours - St. Mary's Hospital of Richmond, Inc. d/b/a Behavioral Health Group at St. Mary's, Bon Secours Behavioral Health Services, Bon Secours Cure and Care, Bon Secours Developmental & Special Needs Pediatrics, Bon Secours Neurology Clinic at St. Mary's, Bon Secours Senior Care Services, Bon Secours St. Mary's Hospital of Richmond Psychiatric Unit, Good Health Clinic, Patterson Avenue Family Practice, The Perinatal Center, Bon Secours Richmond OB/GYN at St. Mary's, and St. Mary's Hospital | Bon Secours (VA), Health System, et al. v. Purdue Pharma, LP, et al. | 1:18-op-45820-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation ; The Harvard Drug Group LLC |
| Virginia | Chesapeake Hospital Corporation d/b/a Rappahannock General Hospital and Rappahannock Hospital Physicians | Bon Secours (VA), Health System, et al. v. Purdue Pharma, LP, et al. | 1:18-op-45820-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation ; The Harvard Drug Group LLC |
| Virginia | Maryview Hospital d/b/a Airline Boulevard Medical Associates, Bon Secours Grassfield Medical Associates, Bon Secours Health Center at Harbour View, Bon Secours Maryview Behavioral Health, Bon Secours Maryview Medical Center, Bon Secours Neuroscience Center, Bon Secours Suffolk Primary Care, Center for Pain Management, Eagle Harbor Medical Associates, Harbour View Family Practice, Maryview Acute Rehab Unit, Maryview Medical Center Rehabilitation Unit, Maryview Palliative Care, Nansemond Suffolk Family Practice, Western Branch Family Practice, Western Branch OB/GYN, and Bon Secours Western Branch Primary | Bon Secours (VA), Health System, et al. v. Purdue Pharma, LP, et al. | 1:18-op-45820-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation ; The Harvard Drug Group LLC |
| Virginia | Mary Immaculate Hospital, Inc. d/b/a Bon Secours Gynecologic Oncology Specialists and Bon Secours Mary Immaculate Hospital | Bon Secours (VA), Health System, et al. v. Purdue Pharma, LP, et al. | 1:18-op-45820-DAP | Cardinal Health, Inc. ; AmerisourceBergen Drug Corporation; McKesson Corporation ; The Harvard Drug Group LLC |