Granted. So Ordered.

*s/Dan Aaron Polster*
DAN AARON POLSTER
U.S. DISTRICT JUDGE

Date: 9/23/2025

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804**<br>**Case No. 17-md-2804** |
| THIS DOCUMENT RELATES TO: | **Judge Dan Aaron Polster** |
| *Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare v. AmerisourceBergen Drug Corp., et al.* | **Case No. 18-op-46046** |

## STIPULATION OF DISMISSAL AS TO CVS HEALTH CORPORATION, CVS INDIANA LLC, CVS Rx SERVICES, INC., CVS TN DISTRIBUTION, LLC, CVS ORLANDO FL DISTRIBUTION, LLC, and CVS HEATH SOLUTIONS, LLC

Plaintiff St. Elizabeth and Defendants CVS Pharmacy, Inc., CVS Health Corporation, CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS TN Distribution, L.L.C., CVS Orlando FL Distribution, L.L.C., and CVS Health Solution, L.L.C. hereby stipulate as follows:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and among the undersigned counsel that: Defendant CVS Health Corporation is hereby dismissed, without prejudice, from the above captioned cause; Defendant CVS Indiana, L.L.C. is hereby dismissed, without prejudice, from the above captioned cause; Defendant CVS Rx Services, Inc. is hereby dismissed, without prejudice, from the above captioned cause; Defendant CVS TN Distribution, L.L.C. is hereby dismissed, without prejudice, from the above captioned cause; CVS Orlando FL Distribution, L.L.C. is hereby dismissed, with prejudice, from the above captioned cause; and CVS Health Solutions, L.L.C. is hereby dismissed, with prejudice, from the above captioned cause. Each party shall bear its own costs and fees concerning these dismissals.