**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC. *doing business as* ST. ELIZABETH HEALTHCARE, *et al.*, | |
| Plaintiffs, | CASE NO. 1:18-op-46046 |
| vs. | |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, | JUDGE DAN AARON POLSTER |
| Defendants. | |

**WALGREENS BOOTS ALLIANCE, INC.'S**
**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant Walgreens Boots Alliance, Inc. respectfully submits this Corporate Disclosure Statement.

Walgreens Boots Alliance, Inc.'s parent corporation is Blazing Star Parent, LLC, a Delaware Corporation.  No publicly-held corporation owns 10% or more of Walgreens Boots Alliance, Inc.'s stock.

Dated:  October 16, 2025

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr

Kaspar J. Stoffelmayr
Illinois State Bar No. 6238172
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com

*Attorney for Walgreens Boots Alliance, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, this 16th day of October, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr

*Attorney for Walgreens Boots Alliance, Inc.*