**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC. *doing business as* ST. ELIZABETH HEALTHCARE, *et al.*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>        Defendants. | CASE NO. 1:18-op-46046<br><br>JUDGE DAN AARON POLSTER |

### WALGREEN CO.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant Walgreen Co. respectfully submits this Corporate Disclosure Statement.

Walgreen Co.'s parent corporation is Walgreens Boots Alliance, Inc.  No publicly-held corporation owns 10% or more of Walgreen Co.'s stock.

Dated:  October 16, 2025

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr

Kaspar J. Stoffelmayr
Illinois State Bar No. 6238172
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com

*Attorney for Walgreen Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 16th day of October, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr

*Attorney for Walgreen Co.*