**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC. *doing business as* ST. ELIZABETH HEALTHCARE, *et al.*, | |
| Plaintiffs, | CASE NO. 1:18-op-46046 |
| vs. | |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, | JUDGE DAN AARON POLSTER |
| Defendants. | |

<u>**WALGREEN EASTERN CO., INC.'S**</u>
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant Walgreen Eastern Co., Inc. respectfully submits this Corporate Disclosure Statement.

Walgreen Eastern Co., Inc.'s parent corporation is Walgreen Arizona Drug Co., an Arizona Corporation, which is owned by Walgreen Co.  No publicly-held corporation owns 10% or more of Walgreen Eastern Co., Inc.'s stock.

Dated:  October 16, 2025

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr

Kaspar J. Stoffelmayr
Illinois State Bar No. 6238172
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com

*Attorney for Walgreen Eastern Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, this 16th day of October, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.


/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr

*Attorney for Walgreen Eastern Co., Inc.*